**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 24, 2018

**VIA ECF and HAND DELIVERY**

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

*Application granted. Mr. Roberson's conditions of pretrial release are modified to allow him to reside at a new address, so long as it has been pre-approved by Pretrial Services.*

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
7/24/18

Re: United States v. Brian Roberson, 18 Cr. 111 (CS)

Dear Judge Seibel:

This letter requests a modification of Mr. Roberson's current bond conditions to allow Mr. Roberson to reside at a new address, as long as it has been pre-approved by Pretrial Services.

On March 29, Mr. Roberson was arraigned in this District on a one-count indictment alleging a violation of securities fraud, 18 U.S.C. § 1348. On consent of both parties, the Hon. Paul E. Davison set a $150,000 unsecured personal recognizance bond requiring that Mr. Roberson reside at his current address, 9119 Gladiolus Preserve Circle, Ft. Myers, Florida.

Earlier this month, a bank foreclosed upon Mr. Roberson's residence and sold it an auction. Barring relief, Mr. Roberson and his family (his wife and three young children) will be required to move, but the family has not yet secured an alternate residence. Modifying Mr. Roberson's pretrial conditions to allow him to reside at a new address, with prior approval by pretrial, will avoid any last minute issues if Mr. Roberson is evicted sooner than anticipated.

In sum, Mr. Roberson requests that his conditions of pretrial release be modified to allow him to reside at a new address, as long as it has been pre-approved by Pretrial Services.

Neither Pretrial Services Officer Andrew Abbott nor Assistant United States Attorney Aimee Hector objects to this modification.

        Respectfully submitted,

         */s/*
        Rachel S. Martin
        Federal Defenders of New York
        (212) 417-8730


cc:  AUSA Aimee Hector
   Pretrial Services Officer Andrew Abbott