UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| | : | 18 Cr. 111 (CS) |
| -v.- | : | |
| BRIAN ROBERSON, | : | |
| Defendant. | : | |
| | : | |

--------------------------------------------------------- X

IT IS HEREBY ORDERED, that the defendant's surrender be delayed to January 17, 2020.

Dated:   White Plains, New York
          December 31, 2019

*/s/ Cathy Seibel*

Honorable Cathy Seibel
United States District Judge
Southern District of New York