> I am told that Mr. Roberson will be designated tomorrow (likely to a facility in Florida), so his surrender may be delayed until Tuesday, January 21, 2020. He shall surrender to the facility on that date by 2 pm.
>
> SO ORDERED.
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
> 1/16/20

# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
212-571-2670 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 16, 2020

FIRST CLASS MAIL
Hon. Cathy Seibel
U.S. District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *U.S. v. Brian Roberson*
      18 Cr. 111 (CS)

Dear Judge Seibel:

I represent Brian Roberson, the defendant in the above-referenced matter. Mr. Roberson was sentenced by the Court on November 22, 2019, and ordered to self-surrender on January 3, 2020. On January 2, 2020, the Court granted defense counsel's request to delay Mr. Roberson's surrender until January 17, 2020, because he had not been designated and was not in the Bureau of Prisons ("BOP") system. The purpose of this letter is to respectfully request an additional two weeks for Mr. Roberson to surrender. Mr. Roberson still has not been designated by the Bureau of Prisons ("BOP") and counsel called the BOP Designation & Sentence Computer Center located at the Grand Prairie BOP complex and they still do not have a record of Mr. Roberson. Accordingly, it is respectfully requested that Mr. Roberson's surrender be delayed to January 31, 2020. A proposed Order is attached for the Court's review. The Court's time and consideration of this matter is greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:   AUSA Jeffrey Coffman (*via ECF*)

1